*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, MCCOY, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Remington T. BRATTIN**
Machinist's Mate (Nuclear) Petty Officer Third Class (E-4),
U.S. Navy
*Appellant*

**No. 202400384**

_____

Decided: 30 April 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Michael F. Whitican

Sentence adjudged 26 July 2024 by a general court-martial tried at Naval Base Kitsap, Bremerton, Washington, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for twenty-four months, forfeiture of all pay and allowances, and a dishonorable discharge.

For Appellant:
*Captain Katherine E. Malcolm, USMC*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.